**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Shirley White Hayden,<br><br>Debtor(s). | Case No. 21-03037-jw<br><br>Chapter 13 |

**OBJECTION TO CONFIRMATION**

Pecan Grove Property Owners Association Inc. ("POA"), a secured creditor in the above captioned case, by and through its undersigned attorney, hereby files its Objection to Confirmation of the Debtor's Amended Plan ("Objection"), on the following grounds:

**Statutory Basis**

1. This Court has jurisdiction of this proceeding under 28 U.S.C. §157(b)(2)(G).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and § 1409

3. The statutory predicates for relief are 11 U.S.C. § 506, 522, 1323, 1325; Federal Rules of Bankruptcy Procedure 3015; and Local Bankruptcy Rules 3015-1, 3015-2, 3015-3.

**Facts**

4. POA is a creditor in the above captioned case and has a secured claim in the amount of $85,019.81, as of the petition date of November 24, 2021.

5. POA's claim arises from pre-petition dues owed by the Debtor to the POA. A detailed copy of the past due obligations is attached as **Exhibit A**.

6. POA's right to assert claims against the Debtor is authorized by the Master Deed for the POA ("Master Deed") which was recorded on May 11, 2005, and to which the Debtor's residence is subject.

7. The Debtor's residence is located at 252 Howle Avenue, A-2 Charleston, SC 29412-2495 Charleston County TMS: 343-07-00-287.

8. Specifically, the Master Deed provides for the levying of assessments against owners within the POA for unpaid dues and allows for the enforcement of those assessments by recording liens against the owner's property. The relevant partition of the

1

Master Deed appears below. The Master Deed also entitles the POA to seek late fees, etc. for unpaid assessments and dues.

> 10.2 **Creation of the Lien and Personal Obligation for Assessments**. Each Owner of any Unit, by acceptance of a deed therefore, whether or not it shall be so expressed in such deed, is deemed to
>
> covenant and agree to pay to the Association: (i) annual assessments or charges ("Annual Assessments"); (ii) special assessments ("Special Assessments"); (iii) specific assessments ("Specific Assessments"); and (iv) an assessment upon the sale of a Unit ("Assessment Reserve Payment") all as herein provided. All such assessments, together with the late charges, interest, costs, and reasonable attorney's fees actually incurred shall be a charge on the Unit and shall be a continuing lien upon the Unit against which each assessment is made. Such lien shall be superior to all other liens, except (a) the liens of all taxes, bonds, assessments, and other levies which by law would be superior, and (b) the lien or charge of any First Mortgage made in good faith and for value (except those accruing after the First Mortgagee forecloses or takes a conveyance in lieu of foreclosure). Such lien, when delinquent, may be enforced by suit, judgment, and/or foreclosure in the same manner as Mortgages are foreclosed under South Carolina law.
>
> Such amounts shall also be the personal obligation of each Person who was the Owner of such Unit at the time when the assessment fell due and may be collected in the same manner as other debts or liens are collected under South Carolina law. Each Owner and each successor-in-title to the Unit shall be jointly and severally liable for all assessments and charges due and payable at the time of any conveyance. Assessments shall be paid in such manner and on such dates as may be fixed by the Board of Directors; unless otherwise provided, the Annual Assessments shall be paid in equal monthly installments due on the first day of each calendar month. No Owner may exempt such Owner from liability for or otherwise withhold payment of assessments for any reason whatsoever, including, but not limited to, non-use of the Common Elements; the Association's failure to perform its obligations required or purportedly required under this Master Deed or applicable law; or inconvenience, discomfort, or purported or actual consequential damages arising from the Association's performance of its duties or deficiency therein. The lien provided for herein shall have priority as provided in the Act.

9. POA recorded a notice of lien for unpaid dues against the Debtor's residence on September 22, 2016, in the amount of $7,813.25. See **Exhibit B**.

10. POA again recorded a notice of lien against the Debtor's residence for unpaid dues, fees, etc. on April 21, 2021, in the amount of $85,069.81. See **Exhibit C**.

11. Debtor filed for bankruptcy on November 24, 2021.

12. An Amended Plan was filed on January 4, 2021, ("Amended Plan") where, for the first time, it proposed to avoid a judicial lien pursuant to 11 U.S.C. § 522 and specifically asserts the right to avoid the lien rights of POA.

13. POA intends to file a proof of claim in this case asserting only unpaid dues and assessments owed and will waive the late fees which have accrued. The amount POA intends to file as a claim will be $7,730 plus some accrued but unbilled attorney's fees.

## Argument

POA files this objection to the treatment in the Amended Plan as its lien is not

avoidable because it is a consensual lien, not a judicial lien.

11 U.S.C. § 522(f) specifically provides:

> (f) (1) Notwithstanding any waiver of exemptions but subject to paragraph (3), the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is—
> (A) a judicial lien, other than a judicial lien that secures a debt of a kind that is specified in section 523(a)(5); or
> (B) a nonpossessory, nonpurchase-money security interest in any—
> (i) household furnishings, household goods, wearing apparel, appliances, books, animals, crops, musical instruments, or jewelry that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor;
> (ii) implements, professional books, or tools, of the trade of the debtor or the trade of a dependent of the debtor; or
> (iii) professionally prescribed health aids for the debtor or a dependent of the debtor.

The Debtor is not attempting to avoid a lien against the personalty set forth in section (f)(1)(B), and is instead attempting to avoid a lien against her primary residence, which is real property, making the only applicable section for lien avoidance under 11 U.S.C. § 522(f), the judicial lien avoidance section.

The issue of determining if an association's liens are subject to avoidance under §522(f) was specifically addressed in In re King, No. 96-1-7368-PM, 1997 Bankr. LEXIS 596, at *10 (Bankr. D. Md. May 6, 1997). The judge determined that the lien was not a judicial lien because it was not created by a legal process or proceeding. The lien in the King case was created by the operation of the association documents, and because the lien was not a judicial lien it was not avoidable. POA's lien was created by the Master Deed and not by judicial process and as such it is also not avoidable as a judicial lien under 11 U.S.C. § 522.

The notices of liens filed by the POA are not judicial process but are the first step in the POA's process of notifying other creditors of the POA's lien rights. This is the first step in the POA's attempts to collect by foreclosing the Debtor's rights in her property. A bankruptcy court in Indiana found that a notice of lien by an association was not a

3

judicial process but notice to others of a consensual lien. See In re Krause, No. 11-03666-JKC-7, 2011 Bankr. LEXIS 4075, at *8 (Bankr. S.D. Ind. Oct. 20, 2011).

As set out in the fact section above POA will be filing a proof of claim for an amount significantly lower than what it is entitled to claim under the Master Deed. POA is offering to lower its claim, by waiving the late fees, despite being legally entitled to the higher amount. POA is seeking its actual damages only as a way of assisting the Debtor with her bankruptcy and this reduction is not a waiver of POA's rights for the fees allowed under the Master Deed should the Debtor fail to complete her bankruptcy successfully.

Because POA's claims are consensual lien rights against the Debtor's residence those claims are not avoidable pursuant to 11 U.S.C. § 522(f). Therefore, the treatment proposed in section 3.4 of the Amended Plan is not permitted under the Bankruptcy Code and the Amended Plan should not be confirmed. POA would request that this court deny confirmation and grant any additional relief as the Court may deem proper.

**Markham Law Firm, LLC**

Date of Service: January 21, 2022

/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Pecan Grove Property
Owners Association Inc.,
P.O. Box 20074
Charleston, SC 29413-0074
Tel: 843-284-3646
sean@markhamlawsc.com

# Exhibit A

1

# ROG Coastal Property Management, LLC dba ROG Coastal Property Management

Lease: Hayden, H.
Contact: Harry Hayden
Contact: Joe Hayden



*$8030 total dues*

Property Address: 252 Howle Ave Apt A2
Charleston,SC 29412-2495

| Balance as of 01/21/2022 | Prepayments | Total Unpaid | Deposit Held |
|---|---|---|---|
| **$85,019.81** | **$0.00** | **$85,019.81** | **$0.00** |

| Transaction | Date | Ref # | Description | Payer Name | Deposit Date | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| Unpaid Charge | 01/01/2022 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,019.81 |
| Deposited Payment | 12/02/2021 | 1067 | Payment of $300.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 12/02/2021 | | $300.00 | $84,719.81 |
| Paid Charge | 12/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,019.81 |
| Deposited Payment | 11/29/2021 | 1062 | Payment of $300.00 applied to [12/01/21, acct 4032, $300.00] | Harry Hayden | 11/29/2021 | | $300.00 | $84,719.81 |
| Deposited Payment | 11/02/2021 | 1060 | Payment of $300.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 11/02/2021 | | $300.00 | $85,019.81 |
| Unpaid Charge | 11/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,319.81 |
| Deposited Payment | 10/04/2021 | 1046 | Payment of $600.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 10/04/2021 | | $600.00 | $85,019.81 |
| Unpaid Charge | 10/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,619.81 |
| Deposited Payment | 09/03/2021 | 1029 | Payment of $600.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 09/03/2021 | | $600.00 | $85,319.81 |
| Unpaid Charge | 09/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,919.81 |
| Unpaid Charge | 08/13/2021 | | 4049 - Pecan Grove Income:PG I... | | | $1,150.00 | | $85,619.81 |
| Deposited Payment | 08/04/2021 | 1019 | Payment of $600.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 08/04/2021 | | $600.00 | $84,469.81 |
| Unpaid Charge | 08/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,069.81 |

| Transaction | Date | Ref # | Description | Payer Name | Deposit Date | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposited Payment | 07/06/2021 | 1006 | Payment of $600.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 07/06/2021 | | $600.00 | $84,769.81 |
| Unpaid Charge | 07/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,369.81 |
| Deposited Payment | 06/06/2021 | 0503 | Payment of $300.00 applied to [04/01/20, acct 4032, $42,071.03] and $300.00 applied to [06/01/21, acct 4032, $300.00] | Harry Hayden | 06/06/2021 | | $600.00 | $85,069.81 |
| Paid Charge | 06/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,669.81 |
| Unpaid Charge | 05/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,369.81 |
| Unpaid Charge | 04/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,069.81 |
| Deposited Payment | 03/21/2021 | 14609 | Payment of $300.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 03/21/2021 | | $300.00 | $84,769.81 |
| Unpaid Charge | 03/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,069.81 |
| Deposited Payment | 02/22/2021 | 14588 | Payment of $300.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 02/22/2021 | | $300.00 | $84,769.81 |
| Unpaid Charge | 02/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $85,069.81 |
| Unpaid Charge | 01/01/2021 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $84,769.81 |
| Unpaid Charge | 12/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $84,469.81 |
| Unpaid Charge | 11/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $84,169.81 |
| Unpaid Charge | 10/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $7,624.52 | | $83,869.81 |
| Unpaid Charge | 10/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $76,245.29 |
| Unpaid Charge | 09/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $6,904.11 | | $75,945.29 |
| Unpaid Charge | 09/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $69,041.18 |
| Unpaid Charge | 08/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $6,276.47 | | $68,741.18 |
| Deposited Payment | 08/04/2020 | 14462 | Payment of $300.00 applied to [08/01/20, acct 4032, $300.00] | Harry Hayden | 08/04/2020 | | $300.00 | $62,464.71 |
| Paid Charge | 08/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $62,764.71 |

| Transaction | Date | Ref # | Description | Payer Name | Deposit Date | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposited Payment | 07/24/2020 | 14459 | Payment of $300.00 applied to [04/01/20, acct 4032, $42,071.03] | Harry Hayden | 07/24/2020 | | $300.00 | $62,464.71 |
| Unpaid Charge | 07/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $5,705.88 | | $62,764.71 |
| Unpaid Charge | 07/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $57,058.83 |
| Unpaid Charge | 06/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $5,159.89 | | $56,758.83 |
| Deposited Payment | 06/01/2020 | 14430 | Payment of $300.00 applied to [04/01/20, acct 4032, $300.00] | Harry Hayden | 06/01/2020 | | $300.00 | $51,598.94 |
| Unpaid Charge | 06/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $51,898.94 |
| Unpaid Charge | 05/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $4,690.81 | | $51,598.94 |
| Unpaid Charge | 05/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $46,908.13 |
| Unpaid Charge | 04/10/2020 | | 4044 - Pecan Grove Income:PG I... | | | $4,237.10 | | $46,608.13 |
| Partially Paid Charge | 04/01/2020 | | 4032 - Pecan Grove Income:PG H... : beginning balance from Ravenel | | | $42,071.03 | | $42,371.03 |
| Paid Charge | 04/01/2020 | | 4032 - Pecan Grove Income:PG H... | | | $300.00 | | $300.00 |

Copyright © Propertyware® 2003-2022. All rights reserved.
Various trademarks held by their respective owners.

$1200

Account History Report

## Pecan Grove Property Owners Association

**Harry Hayden**                                                    00126-0988

Community Address:   252 Howle #A2                         Date Settled:
                                      Charleston, SC 29412              Unit Type:    01 - Unit Type 01

Mailing Address:        252 Howle #A2                          Last payment date:    Mon Feb 10, 2020
                                      Charleston, SC 29412              Last payment amount:        800.00
                                                                                       Current balance:            42,071.03

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 12/31/2015 | Assessment | 2,780.00 | | 2,780.00 | | beginning balance | prior mgmt |
| 12/31/2015 | Late Fee | 100.00 | | 2,880.00 | | beginning balance | prior mgmt |
| 12/31/2015 | Miscellaneous Charge | 96.25 | | 2,976.25 | | beginning balance | prior mgmt |
| 12/31/2015 | Assessment | 280.00 | | 3,256.25 | | beginning balance | prior mgmt |
| 01/01/2016 | Assessment | 230.00 | | 3,486.25 | | Monthly Charges | Recurring Charges: 01/01/2016 |
| 01/01/2016 | Special Assessment | 84.00 | | 3,570.25 | | Monthly Charges | Recurring Charges: 01/01/2016 |
| 01/25/2016 | Lockbox | | -255.00 | 3,315.25 | | 13017 | Lock Box: 01/25/2016 |
| 02/01/2016 | Assessment | 230.00 | | 3,545.25 | | Monthly Charges | Recurring Charges: 02/01/2016 |
| 02/01/2016 | Special Assessment | 84.00 | | 3,629.25 | | Monthly Charges | Recurring Charges: 02/01/2016 |
| 02/02/2016 | Lockbox | | -230.00 | 3,399.25 | | 13036 | Lock Box: 02/02/2016 |
| 02/05/2016 | Late Fee | 303.50 | | 3,702.75 | | Late Fee | Late Fee: 02/05/2016 |
| 02/29/2016 | Lockbox | | -230.00 | 3,472.75 | | 13084 | Lock Box: 02/29/2016 |
| 03/01/2016 | Assessment | 230.00 | | 3,702.75 | | Monthly Charges | Recurring Charges: 03/01/2016 |
| 03/01/2016 | Special Assessment | 84.00 | | 3,786.75 | | Monthly Charges | Recurring Charges: 03/01/2016 |
| 03/05/2016 | Late Fee | 303.50 | | 4,090.25 | | Late Fee | Late Fee: 03/05/2016 |
| 03/31/2016 | Lockbox | | -230.00 | 3,860.25 | | 13123 | Lock Box: 03/31/2016 |
| 04/01/2016 | Assessment | 230.00 | | 4,090.25 | | Monthly Charges | Recurring Charges: 04/01/2016 |
| 04/01/2016 | Special Assessment | 84.00 | | 4,174.25 | | Monthly Charges | Recurring Charges: 04/01/2016 |
| 04/05/2016 | Late Fee | 303.50 | | 4,477.75 | | Late Fee | Late Fee: 04/05/2016 |
| 05/01/2016 | Assessment | 230.00 | | 4,707.75 | | Monthly Charges | Recurring Charges: 05/01/2016 |
| 05/01/2016 | Special Assessment | 84.00 | | 4,791.75 | | Monthly Charges | Recurring Charges: 05/01/2016 |
| 05/05/2016 | Late Fee | 326.50 | | 5,118.25 | | Late Fee | Late Fee: 05/05/2016 |
| 05/16/2016 | Lockbox | | -255.00 | 4,863.25 | | 13202 | Lock Box: 05/16/2016 |
| 06/01/2016 | Assessment | 230.00 | | 5,093.25 | | Monthly Charges | Recurring Charges: 06/01/2016 |
| 06/01/2016 | Special Assessment | 84.00 | | 5,177.25 | | Monthly Charges | Recurring Charges: 06/01/2016 |
| 06/05/2016 | Late Fee | 324.00 | | 5,501.25 | | Late Fee | Late Fee: 06/05/2016 |
| 07/01/2016 | Assessment | 230.00 | | 5,731.25 | | Monthly Charges | Recurring Charges: 07/01/2016 |
| 07/01/2016 | Special Assessment | 84.00 | | 5,815.25 | | Monthly Charges | Recurring Charges: 07/01/2016 |
| 07/05/2016 | Late Fee | 347.00 | | 6,162.25 | | Late Fee | Late Fee: 07/05/2016 |
| 07/07/2016 | Legal Fees | 50.00 | | 6,212.25 | | Collection letter | Barr Unger 6/29/16 |
| 08/01/2016 | Assessment | 230.00 | | 6,442.25 | | Monthly Charges | Recurring Charges: 08/01/2016 |
| 08/01/2016 | Special Assessment | 84.00 | | 6,526.25 | | Monthly Charges | Recurring Charges: 08/01/2016 |
| 08/05/2016 | Late Fee | 370.00 | | 6,896.25 | | Late Fee | Late Fee: 08/05/2016 |
| 09/01/2016 | Assessment | 230.00 | | 7,126.25 | | Monthly Charges | Recurring Charges: 09/01/2016 |
| 09/01/2016 | Special Assessment | 84.00 | | 7,210.25 | | Monthly Charges | Recurring Charges: 09/01/2016 |
| 09/05/2016 | Late Fee | 393.00 | | 7,603.25 | | Late Fee | Late Fee: 09/05/2016 |
| 10/01/2016 | Assessment | 230.00 | | 7,833.25 | | Monthly Charges | Recurring Charges: 10/01/2016 |
| 10/01/2016 | Special Assessment | 84.00 | | 7,917.25 | | Monthly Charges | Recurring Charges: 10/01/2016 |
| 10/05/2016 | Late Fee | 416.00 | | 8,333.25 | | Late Fee | Late Fee: 10/05/2016 |
| 11/01/2016 | Assessment | 230.00 | | 8,563.25 | | Monthly Charges | Recurring Charges: 11/01/2016 |
| 11/01/2016 | Legal Fees | 210.00 | | 8,773.25 | | Notice of Lien | Barr Unger 11/01/2016 |
| 11/05/2016 | Late Fee | 439.00 | | 9,212.25 | | Late Fee | Late Fee: 11/05/2016 |
| 12/01/2016 | Assessment | 230.00 | | 9,442.25 | | Monthly Charges | Recurring Charges: 12/01/2016 |
| 12/05/2016 | Late Fee | 462.00 | | 9,904.25 | | Late Fee | Late Fee: 12/05/2016 |
| 01/01/2017 | Assessment | 300.00 | | 10,204.25 | | Monthly Charges | Recurring Charges: 01/01/2017 |
| 01/04/2017 | Lockbox | | -300.00 | 9,904.25 | | 13472 | Lock Box: 01/04/2017 |
| 01/05/2017 | Late Fee | 462.00 | | 10,366.25 | | Late Fee | Late Fee: 01/05/2017 |

# Account History Report
## Pecan Grove Property Owners Association

**Harry Hayden**                                          00126-0988

Community Address:  252 Howle #A2                         Date Settled:
                    Charleston, SC 29412                  Unit Type:    01 - Unit Type 01

Mailing Address:    252 Howle #A2                         Last payment date:    Mon Feb 10, 2020
                    Charleston, SC 29412                  Last payment amount:         800.00
                                                          Current balance:          42,071.03

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 02/01/2017 | Assessment | 300.00 | | 10,666.25 | | Monthly Charges | Recurring Charges: 02/01/2017 |
| 02/05/2017 | Late Fee | 492.00 | | 11,158.25 | | Late Fee | Late Fee: 02/05/2017 |
| 02/06/2017 | Lockbox | | -300.00 | 10,858.25 | | 509 | Lock Box: 02/06/2017 |
| 03/01/2017 | Assessment | 300.00 | | 11,158.25 | | Monthly Charges | Recurring Charges: 03/01/2017 |
| 03/05/2017 | Late Fee | 492.00 | | 11,650.25 | | Late Fee | Late Fee: 03/05/2017 |
| 03/06/2017 | Lockbox | | -300.00 | 11,350.25 | | 13532 | Lock Box: 03/06/2017 |
| 04/01/2017 | Assessment | 300.00 | | 11,650.25 | | Monthly Charges | Recurring Charges: 04/01/2017 |
| 04/03/2017 | Lockbox | | -300.00 | 11,350.25 | | 13562 | Lock Box: 04/03/2017 |
| 04/05/2017 | Late Fee | 462.00 | | 11,812.25 | | Late Fee | Late Fee: 04/05/2017 |
| 05/01/2017 | Assessment | 300.00 | | 12,112.25 | | Monthly Charges | Recurring Charges: 05/01/2017 |
| 05/05/2017 | Late Fee | 492.00 | | 12,604.25 | | Late Fee | Late Fee: 05/05/2017 |
| 06/01/2017 | Assessment | 300.00 | | 12,904.25 | | Monthly Charges | Recurring Charges: 06/01/2017 |
| 06/05/2017 | Late Fee | 522.00 | | 13,426.25 | | Late Fee | Late Fee: 06/05/2017 |
| 07/01/2017 | Assessment | 300.00 | | 13,726.25 | | Monthly Charges | Recurring Charges: 07/01/2017 |
| 07/05/2017 | Late Fee | 552.00 | | 14,278.25 | | Late Fee | Late Fee: 07/05/2017 |
| 07/11/2017 | Lockbox | | -325.00 | 13,953.25 | | 13659 | Lock Box: 07/11/2017 |
| 08/01/2017 | Assessment | 300.00 | | 14,253.25 | | Monthly Charges | Recurring Charges: 08/01/2017 |
| 08/04/2017 | Lockbox | | -325.00 | 13,928.25 | | 13677 | Lock Box: 08/04/2017 |
| 08/05/2017 | Late Fee | 517.00 | | 14,445.25 | | Late Fee | Late Fee: 08/05/2017 |
| 09/01/2017 | Assessment | 300.00 | | 14,745.25 | | Monthly Charges | Recurring Charges: 09/01/2017 |
| 09/05/2017 | Late Fee | 547.00 | | 15,292.25 | | Late Fee | Late Fee: 09/05/2017 |
| 10/01/2017 | Assessment | 300.00 | | 15,592.25 | | Monthly Charges | Recurring Charges: 10/01/2017 |
| 10/05/2017 | Late Fee | 577.00 | | 16,169.25 | | Late Fee | Late Fee: 10/05/2017 |
| 11/01/2017 | Assessment | 300.00 | | 16,469.25 | | Monthly Charges | Recurring Charges: 11/01/2017 |
| 11/05/2017 | Late Fee | 607.00 | | 17,076.25 | | Late Fee | Late Fee: 11/05/2017 |
| 12/01/2017 | Assessment | 300.00 | | 17,376.25 | | Monthly Charges | Recurring Charges: 12/01/2017 |
| 12/05/2017 | Late Fee | 637.00 | | 18,013.25 | | Late Fee | Late Fee: 12/05/2017 |
| 01/05/2018 | Late Fee | 637.00 | | 18,650.25 | | Late Fee | Late Fee: 01/05/2018 |
| 02/01/2018 | Assessment | 600.00 | | 19,250.25 | | January & February | Recurring Charges: 02/01/2018 |
| 02/05/2018 | Late Fee | 697.00 | | 19,947.25 | | Late Fee | Late Fee: 02/05/2018 |
| 02/26/2018 | Lockbox | | -300.00 | 19,647.25 | | 13826 | Lock Box: 02/26/2018 |
| 02/26/2018 | Lockbox | | -300.00 | 19,347.25 | | 13826 | Lock Box: 02/26/2018 |
| 03/01/2018 | Assessment | 300.00 | | 19,647.25 | | Monthly Charges | Recurring Charges: 03/01/2018 |
| 03/02/2018 | Lockbox | | -300.00 | 19,347.25 | | 13831 | Lock Box: 03/02/2018 |
| 03/05/2018 | Late Fee | 680.00 | | 20,027.25 | | Late Fee | Late Fee: 03/05/2018 |
| 04/01/2018 | Assessment | 300.00 | | 20,327.25 | | Monthly Charges | Recurring Charges: 04/01/2018 |
| 04/03/2018 | Lockbox | | -300.00 | 20,027.25 | | 13858 | Lock Box: 04/03/2018 |
| 04/05/2018 | Late Fee | 703.78 | | 20,731.03 | | Late Fee | Late Fee: 04/05/2018 |
| 05/01/2018 | Assessment | 300.00 | | 21,031.03 | | Monthly Charges | Recurring Charges: 05/01/2018 |
| 05/01/2018 | Lockbox | | -300.00 | 20,731.03 | | 13883 | Lock Box: 05/01/2018 |
| 05/05/2018 | Late Fee | 717.00 | | 21,448.03 | | Late Fee | Late Fee: 05/05/2018 |
| 06/01/2018 | Assessment | 300.00 | | 21,748.03 | | Monthly Charges | Recurring Charges: 06/01/2018 |
| 06/04/2018 | Lockbox | | -300.00 | 21,448.03 | | 13895 | Lock Box: 06/04/2018 |
| 06/05/2018 | Late Fee | 742.53 | | 22,190.56 | | Late Fee | Late Fee: 06/05/2018 |
| 07/01/2018 | Assessment | 300.00 | | 22,490.56 | | Monthly Charges | Recurring Charges: 07/01/2018 |
| 07/03/2018 | Lockbox | | -300.00 | 22,190.56 | | 13924 | Lock Box: 07/03/2018 |
| 07/05/2018 | Late Fee | 754.00 | | 22,944.56 | | Late Fee | Late Fee: 07/05/2018 |

## Pecan Grove Property Owners Association

**Account History Report**

**Harry Hayden**                                          00126-0988

Community Address:  252 Howle #A2                         Date Settled:
                    Charleston, SC 29412                  Unit Type:    01 - Unit Type 01

Mailing Address:    252 Howle #A2                         Last payment date:    Mon Feb 10, 2020
                    Charleston, SC 29412                  Last payment amount:        800.00
                                                          Current balance:         42,071.03

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 08/01/2018 | Assessment | 300.00 | | 23,244.56 | | Monthly Charges | Recurring Charges: 08/01/2018 |
| 08/07/2018 | Lockbox | | -300.00 | 22,944.56 | | 13942 | Lock Box: 08/07/2018 |
| 08/10/2018 | Late Fee | 781.28 | | 23,725.84 | | Late Fee | Late Fee: 08/10/2018 |
| 09/01/2018 | Assessment | 300.00 | | 24,025.84 | | Monthly Charges | Recurring Charges: 09/01/2018 |
| 09/05/2018 | Lockbox | | -300.00 | 23,725.84 | | 13978 | Lock Box: 09/05/2018 |
| 09/10/2018 | Late Fee | 791.00 | | 24,516.84 | | Late Fee | Late Fee: 09/10/2018 |
| 10/01/2018 | Assessment | 300.00 | | 24,816.84 | | Monthly Charges | Recurring Charges: 10/01/2018 |
| 10/04/2018 | Lockbox | | -300.00 | 24,516.84 | | 13988 | Lock Box: 10/04/2018 |
| 10/10/2018 | Late Fee | 821.00 | | 25,337.84 | | Late Fee | Late Fee: 10/10/2018 |
| 11/01/2018 | Assessment | 300.00 | | 25,637.84 | | Monthly Charges | Recurring Charges: 11/01/2018 |
| 11/05/2018 | Lockbox | | -300.00 | 25,337.84 | | 14007 | Lock Box: 11/05/2018 |
| 11/10/2018 | Late Fee | 828.00 | | 26,165.84 | | Late Fee | Late Fee: 11/10/2018 |
| 12/01/2018 | Assessment | 300.00 | | 26,465.84 | | Monthly Charges | Recurring Charges: 12/01/2018 |
| 12/04/2018 | Lockbox | | -300.00 | 26,165.84 | | 14023 | Lock Box: 12/04/2018 |
| 12/10/2018 | Late Fee | 858.00 | | 27,023.84 | | Late Fee | Late Fee: 12/10/2018 |
| 01/01/2019 | Assessment | 300.00 | | 27,323.84 | | Monthly Charges | Recurring Charges: 01/01/2019 |
| 01/08/2019 | Lockbox | | -300.00 | 27,023.84 | | 14044 | Lock Box: 01/08/2019 |
| 01/10/2019 | Late Fee | 865.00 | | 27,888.84 | | Late Fee | Late Fee: 01/10/2019 |
| 02/01/2019 | Assessment | 300.00 | | 28,188.84 | | Monthly Charges | Recurring Charges: 02/01/2019 |
| 02/05/2019 | Lockbox | | -300.00 | 27,888.84 | | 14067 | Lock Box: 02/05/2019 |
| 02/10/2019 | Late Fee | 895.00 | | 28,783.84 | | Late Fee | Late Fee: 02/10/2019 |
| 03/01/2019 | Assessment | 300.00 | | 29,083.84 | | Monthly Charges | Recurring Charges: 03/01/2019 |
| 03/05/2019 | Lockbox | | -300.00 | 28,783.84 | | 14086 | Lock Box: 03/05/2019 |
| 03/10/2019 | Late Fee | 911.23 | | 29,695.07 | | Late Fee | Late Fee: 03/10/2019 |
| 04/01/2019 | Assessment | 300.00 | | 29,995.07 | | Monthly Charges | Recurring Charges: 04/01/2019 |
| 04/02/2019 | Lockbox | | -300.00 | 29,695.07 | | 14114 | Lock Box: 04/02/2019 |
| 04/10/2019 | Late Fee | 932.00 | | 30,627.07 | | Late Fee | Late Fee: 04/10/2019 |
| 05/01/2019 | Assessment | 300.00 | | 30,927.07 | | Monthly Charges | Recurring Charges: 05/01/2019 |
| 05/07/2019 | Lockbox | | -300.00 | 30,627.07 | | 14143 | Lock Box: 05/07/2019 |
| 05/10/2019 | Late Fee | 956.63 | | 31,583.70 | | Late Fee | Late Fee: 05/10/2019 |
| 06/01/2019 | Assessment | 300.00 | | 31,883.70 | | Monthly Charges | Recurring Charges: 06/01/2019 |
| 06/04/2019 | Lockbox | | -300.00 | 31,583.70 | | 14159 | Lock Box: 06/04/2019 |
| 06/10/2019 | Late Fee | 969.00 | | 32,552.70 | | Late Fee | Late Fee: 06/10/2019 |
| 07/01/2019 | Assessment | 300.00 | | 32,852.70 | | Monthly Charges | Recurring Charges: 07/01/2019 |
| 07/08/2019 | Lockbox | | -300.00 | 32,552.70 | | 14176 | Lock Box: 07/08/2019 |
| 07/10/2019 | Late Fee | 999.00 | | 33,551.70 | | Late Fee | Late Fee: 07/10/2019 |
| 08/01/2019 | Assessment | 300.00 | | 33,851.70 | | Monthly Charges | Recurring Charges: 08/01/2019 |
| 08/10/2019 | Late Fee | 1,029.00 | | 34,880.70 | | Late Fee | Late Fee: 08/10/2019 |
| 08/13/2019 | Lockbox | | -400.00 | 34,480.70 | | 14214 | Lock Box: 08/13/2019 |
| 09/01/2019 | Assessment | 300.00 | | 34,780.70 | | Monthly Charges | Recurring Charges: 09/01/2019 |
| 09/04/2019 | Lockbox | | -400.00 | 34,380.70 | | 14237 | Lock Box: 09/04/2019 |
| 09/10/2019 | Late Fee | 1,034.33 | | 35,415.03 | | Late Fee | Late Fee: 09/10/2019 |
| 10/01/2019 | Assessment | 300.00 | | 35,715.03 | | Monthly Charges | Recurring Charges: 10/01/2019 |
| 10/03/2019 | Lockbox | | -400.00 | 35,315.03 | | 14258 | Lock Box: 10/03/2019 |
| 10/10/2019 | Late Fee | 1,043.00 | | 36,358.03 | | Late Fee | Late Fee: 10/10/2019 |
| 11/01/2019 | Assessment | 300.00 | | 36,658.03 | | Monthly Charges | Recurring Charges: 11/01/2019 |
| 11/05/2019 | Lockbox | | -400.00 | 36,258.03 | | 14278 | Lock Box: 11/05/2019 |

Account History Report
# Pecan Grove Property Owners Association

**Harry Hayden**    00126-0988

Community Address: 252 Howle #A2
Charleston, SC 29412

Date Settled:
Unit Type:    01 - Unit Type 01

Mailing Address: 252 Howle #A2
Charleston, SC 29412

Last payment date:    Mon Feb 10, 2020
Last payment amount:    800.00
Current balance:    42,071.03

| Trans Date | Transaction | Charges | Payments | Balance | Date Billed | Reference | Comments |
|---|---|---|---|---|---|---|---|
| 11/10/2019 | Late Fee | 1,073.00 | | 37,331.03 | | Late Fee | Late Fee: 11/10/2019 |
| 12/01/2019 | Assessment | 300.00 | | 37,631.03 | | Monthly Charges | Recurring Charges: 12/01/2019 |
| 12/02/2019 | Lockbox | | -400.00 | 37,231.03 | | 14297 | Lock Box: 12/02/2019 |
| 12/10/2019 | Late Fee | 1,080.00 | | 38,311.03 | | Late Fee | Late Fee: 12/10/2019 |
| 01/01/2020 | Assessment | 300.00 | | 38,611.03 | | Monthly Charges | Recurring Charges: 01/01/2020 |
| 01/10/2020 | Late Fee | 1,110.00 | | 39,721.03 | | Late Fee | Late Fee: 01/10/2020 |
| 02/01/2020 | Assessment | 300.00 | | 40,021.03 | | Monthly Charges | Recurring Charges: 02/01/2020 |
| 02/10/2020 | Lockbox | | -800.00 | 39,221.03 | | 14341 | Lock Box: 02/10/2020 |
| 02/10/2020 | Late Fee | 1,110.00 | | 40,331.03 | | Late Fee | Late Fee: 02/10/2020 |
| 03/01/2020 | Assessment | 300.00 | | 40,631.03 | | Monthly Charges | Recurring Charges: 03/01/2020 |
| 03/10/2020 | Late Fee | 1,140.00 | | 41,771.03 | | Late Fee | Late Fee: 03/10/2020 |
| 04/01/2020 | Assessment | 300.00 | | 42,071.03 | | Monthly Charges | Recurring Charges: 04/01/2020 |

*$6830 in dues only* (handwritten)

# Exhibit B

1

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **NOTICE OF LIEN** |
| COUNTY OF CHARLESTON | ) | |

**YOU WILL PLEASE TAKE NOTICE** that Pecan Grove Property Owners Association, Inc. does hereby file the within Notice of Lien in accordance with the Master Deed for Pecan Grove Horizontal Property Regime recorded in the R.M.C. Office for Charleston County on April 22, 2005, in Book A534 at Page 600, for delinquent assessments which have not been paid upon the premises described below and carried on the records of the undersigned in the name of the property owner(s) listed herein below in the amount set forth herein, to wit:

**Property Owner(s):** Harry Hayden and Shirley Hayden

**Property Address:** 252 Howle Avenue, #A-2, Charleston, SC

**Legal Description:** Unit A-2 in the Pecan Grove Horizontal Property Regime

**TMS #:** 343-07-00-287

**Amount of Lien:** Seven Thousand Eight Hundred Thirteen and 25/100 ($7,813.25) Dollars, which amount is justly due and owed the Pecan Grove Property Owners Association, Inc., as of **September 22, 2016**.

The above-described assessments, together with any future unpaid assessments, and attorney's fees constitute a lien on the above described property.

**EXECUTED** this ___3___ day of October, 2016

| | |
|---|---|
| **WITNESS:** | **Pecan Grove Property Owners Association, Inc.** |
| *(signature)* Carolyn M Bennetski | BY: *(signature)* |
| *(signature)* Susan E Gates | Capers G. Barr, IV |
| | Its: Attorney |

STATE OF SOUTH CAROLINA    )
                            )    **ACKNOWLEDGMENT**
COUNTY OF CHARLESTON        )

I, <u>Susan E. Gates</u>, do hereby certify that Pecan Grove Property Owners Association, Inc. by Capers G. Barr, IV, Esquire, its attorney, personally appeared before me this day and acknowledged due execution of the foregoing instrument.

Witness my hand and official seal this 3rd day of October, 2016.

*(signature)*
<u>Susan E. Gates</u>
NOTARY PUBLIC - South Carolina
My Commission Expires: <u>June 28, 2026</u>

# RECORDER'S PAGE

NOTE: This page MUST remain with the original document



**Filed By:**
BARR UNGER & MCINTOSH, L.L.C.

P.O. BOX 1037
CHARLESTON SC 29402 (BOX)

| **RECORDED** | |
|---|---|
| Date: | October 3, 2016 |
| Time: | 1:25:31 PM |

| Book | Page | DocType |
|---|---|---|
| 0587 | 514 | Notice/Ln |

Charlie Lybrand, Register
Charleston County, SC

**MAKER:**
HAYDEN HARRY AL

**RECIPIENT:**
PECAN GROVE POA

# of Sats:

# of Pages: 3
# of References:

Note:

| | |
|---|---|
| Recording Fee | $ 10.00 |
| Extra Reference Cost | $ - |
| Extra Pages | $ - |
| Postage | $ - |
| Chattel | $ - |
| **TOTAL** | **$ 10.00** |

**Original Book:**

**Original Page:**

DRAWER: Drawer 5
CLERK: ANF



| 0587 | 514 | 10/03/2016 | 3 |
|---|---|---|---|
| Book | Page | Recorded Date | # Pgs |

| | | D | 13:25:31 |
|---|---|---|---|
| Original Book | Original Page | Doc Type | Recorded Time |

843-958-4800    101 MEETING STREET    CHARLESTON, SC 29401    www.charlestoncounty.org

# Exhibit C

1

BP1018208

**# PGS:** 3

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | **NOTICE OF LIEN** |
| COUNTY OF CHARLESTON | ) | |

YOU WILL TAKE NOTICE that Pecan Grove Property Owners Association, Inc., does hereby file the within Notice of Lien in connection with Pecan Grove Property Owners Association, Inc. in the sum of $85,069.81 (representing unpaid regime fees, late fees/interest, $25.00 for filing fee & other costs and fees) justly due and owing Pecan Grove Property Owners Association, Inc. which has not been paid, upon the premises described herein below and carried in the records of the undersigned in the name of **Shirley Hayden**. The premises affected by the lien is described as follows: Unit A-2 in the Pecan Grove Horizontal Property Regime a/k/a 252 Howle Avenue, #A-2, Charleston, SC 29412. TMS No.: 343-07-00-287.

In witness whereof, Pecan Grove Property Owners Association, Inc. has hereunto set its hand and seal by its undersigned representative, this April 21, 2021.

WITNESSES:

_____
1st Witness

_____
2nd Witness

PECAN GROVE PROPERTY
OWNERS ASSOCIATION, INC.

_____
By: Derek F. Dean
Its: Attorney

STATE OF SOUTH CAROLINA )
 ) ACKNOWLEDGMENT
COUNTY OF CHARLESTON )

The foregoing instrument was acknowledged before me, the undersigned Notary, and I do hereby certify that the above named Pecan Grove Property Owners Association, Inc., by Derek F. Dean, its attorney, personally appeared before me on April 21, 2021 and that the above named acknowledged the due execution of the foregoing instrument.

*Brenda Casey*
Notary Public for South Carolina
Printed Name of Notary: Brenda Casey
My Commission Expires: July 20, 2026

Case 21-03037-jw    Doc 17    Filed 01/21/22    Entered 01/21/22 13:03:30    Desc Main
Document    Page 20 of 20

# RECORDER'S PAGE



**NOTE:** This page MUST remain with the original document

**Filed By:**
SIMONS & DEAN ATTY AT LAW
147 WAPPOO CREEK DR
STE 604
CHARLESTON SC 29412

**RECORDED**

Date: July 28, 2021
Time: 4:06:11 PM

| Book | Page | DocType |
|------|------|---------|
| 1018 | 208 | Notice/Ln |

**Michael Miller, Register**
**Charleston County, SC**

**MAKER:** HAYDEN SHIRLEY

**RECIPIENT:** PECAN GROVE POA INC

# of Sats:
Note:

# of Pages: 3
# of References:

Recording Fee $ 25.00
Extra Reference Cost $ -
Extra Pages $ -
Postage $ -

**Original Book:**
**Original Page:**

**TOTAL** $ 25.00

DRAWER Drawer 9
CLERK BXE



| 1018 | 208 | 07/28/2021 | 3 |
|------|-----|------------|---|
| Book | Page | Recorded Date | # Pgs |

| | | D | 16:06:11 |
|--|--|---|----------|
| Original Book | Original Page | Doc Type | Recorded Time |

843-958-4800    101 MEETING STREET    CHARLESTON, SC 29401    www.charlestoncounty.org